FILED

APR 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

ESTEBAN PARRA-REYES,

        Defendant - Appellant.

</td><td>

Nos. 12-10139
     12-10144

D.C. Nos. 2:03-cr-00151-PGR
        2:11-cr-02516-PGR

MEMORANDUM[*]

</td></tr>
</table>

Appeal from the United States District Court
for the District of Arizona
Paul G. Rosenblatt, District Judge, Presiding

Submitted April 16, 2013[**]

Before:     CANBY, IKUTA, and WATFORD, Circuit Judges.

    In these consolidated appeals, Esteban Parra-Reyes appeals his guilty-plea

conviction and 63-month sentence for reentry of a removed alien, in violation of 8

U.S.C. § 1326; and the revocation of supervised release and consecutive seven-

month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), Parra-Reyes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Parra-Reyes the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Parra-Reyes has waived his right to appeal his conviction and sentence, and his right to challenge the revocation of supervised release and the sentence imposed upon revocation. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeals. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**